
**manatt**
manatt | phelps | phillips

**Andrew Case**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4501
E-mail: ACase@manatt.com

November 24, 2015

**VIA ELECTRONIC FILING**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan US Courthouse
Courtroom 11D
500 Pearl Street
New York NY 10007-1312

Re: *Craig Moskowitz v. Clinilabs, Inc.*, 15-cv-07838

Dear Judge Castel:

We represent Defendant Clinilabs in the above-referenced matter. Pursuant to Practice 1(C) of your Individual Rules of Practice, we are requesting a five-week extension to respond to the complaint. As required by Practice 1(C), we hereby state that 1) the original date to answer or otherwise respond to the Complaint was **October 30, 2015**, 2) a previous request to extend the time to answer until **November 30, 2015** was granted on October 30, 2015, 3) plaintiff consents to this request, and 4) an Initial Pretrial Conference is scheduled for **December 21, 2015**. The parties request this extension because they continue to engage productively regarding resolution of this matter.

Pursuant to Practice 2, a stipulation and order is being presented to the Orders Clerk and the Judgment Clerk, and will be emailed to orders_and_judgments@nysd.uscourts.gov.

Sincerely,

Andrew Case

7 Times Square, New York, New York 10036 Telephone: 212.790.4500 Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.